IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CHARLES A., JR., | § |  |
|---|---|---|
|  | § |  |
| Plaintiff, | § |  |
|  | § |  |
| v. | § | Civil Action No. **3:17-CV-2574-L-BT** |
|  | § |  |
| NANCY A. BERRYHILL, | § |  |
| **Acting Commissioner of the Social** | § |  |
| **Security Administration,** | § |  |
|  | § |  |
| Defendant. | § |  |

## ORDER

Before the court is Plaintiff's Complaint (Doc. 1), filed September 20, 2017, which seeks judicial review of a final adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Defendant filed an Answer (Doc. 12) on February 2, 2018. On February 5, 2018, the parties were directed to file appellate briefs and, accordingly, the court has before it Plaintiff's Opening Brief (Doc. 17), filed March 7, 2018; and Defendant's Brief (Doc. 18), filed April 6, 2018. On February 22, 2019, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court reverse the Commissioner's decision and remand this case for further administrative proceedings consistent with the Report. No objections to the Report were filed.

Having reviewed the record in this case, Report, and applicable law, the court **accepts** the findings and conclusions of the Report recommending reversal of the Commissioner's decision. Accordingly, the court **remands** this case for further administrative proceedings consistent with this order and the Report.

**It is so ordered** this 12th day of March, 2019.

Sam A. Lindsay
United States District Judge